UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Tyrale Kcehemark
_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

~~~~~ W. Rite Aid corp

_____

_____

_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: [✓] Yes  [ ] No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

### I.   Parties in this complaint:

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name              Mr. Tyrale Kcehemark
            Street Address    2621 S. 9th St
            County, City      Cumberland County
            State & Zip Code  New Jersey  08101
            Telephone Number  856-993-Cove

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name __City of Camden__
                   Street Address _____
                   County, City _____
                   State & Zip Code _____

Defendant No. 2    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____

Defendant No. 3    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____

Defendant No. 4    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    [✓] Federal Questions          [ ] Diversity of Citizenship
    [✓] U.S. Government Plaintiff  [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __14TH / 4TH Amendment of the U.S. Constitution__

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship  United States /

Defendant(s) state(s) of citizenship  United States / corporate camp Hill P

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur?  In the Rite Aid store / pharmacy dept.

B. What date and approximate time did the events giving rise to your claim(s) occur?  July 19th 2019  2-3:00 in the afternoon

C. Facts (What happened to you?):  That whilst being an client / consumer in the Rite Aid store on Broadway in Camden, filling my script at the pharmacy dept (2) unknown individuals confronted me in a negative fashion / although my reply was in the positive it angered or frustrated the unknowing associate. The much larger person exclaimed to the other loudly, "how wait till we get outside" and he then proceeded to walk down the isle towards outside of the Rite Aid

(Who did what?) to just these (2) unknown persons who seemed to either been hanging out, loitering or to wait for myself or any other person / whether the intent was robbery etc.

(Was anyone else involved?)

(Who else saw what happened?) This is my main issue, at least (2) of 3 pharmacy workers both heard & witnessed the incident and security to no notice or security monitor /

-3-

no responded to the disruption / nor were they summoned ¢

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Prior to the stabbing into / directly 3-4 inches into the heart I was petrified unsafe on the grounds of rite aid / the incident inside of rite aid // the injuries I sustain due to rite aid (NOT) taking the correct steps / protocol of an ongoing provoked incident had me minutes from losing my life / lost of 24lb of blood in the hospital a mouth therapy a and operative continuing pain and veins that no luger produce blood and on 10-6 medication per day

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I seek the amount of $1.5 million as well as $300,000 in punitive damages based on the activity and wait til we got outside was sufficient for the seeking of aid or protection of any customer esp. disabled & senior citizen, their negligent became intentional / had they acted properly the furtherance of the incident (would not occuree)

THAT IS $1.5 million COMPENSATORY & $300,000 FOR PUNITIVE DAMAGES FROM RITE AID corporation

- 4 -

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of __May  11th_____, 20_21_.

Signature of Plaintiff __Tyrule Leckomcre__
Mailing Address __201 S. 9th Ct__
_____

Telephone Number __856. 993 0048__
Fax Number *(if you have one)* _____
E-mail Address __yeckiemcredaule@gmail.com__

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: __Tyrule Leckomcre__